# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# MISC. NO. 3:06-MC-83

# SUPERSEDING ORDER

IN RE:     HONORABLE FRANK D. WHITNEY, PRESIDING JUDGE
           REFERRALS TO MAGISTRATE JUDGES

THIS MATTER is before the Court on its own motion regarding the referral of motions, and other duties, to Magistrate Judges serving in this district pursuant to 28 U.S.C. § 636.

REGARDING CRIMINAL CASES, IT IS ORDERED THAT pursuant to 28 U.S.C. § 636(a) and (b), and Local Criminal Rule 57.1, in criminal cases assigned to the Honorable Frank D. Whitney, the Magistrate Judges shall be specifically referred the following duties:

1)   To accept guilty pleas or conduct trials on misdemeanor and petty offenses for which the maximum term of imprisonment is one year or less, if the defendant has consented to proceed before a Magistrate Judge;

2)   To accept guilty pleas on felony offenses, provided that any motions to review bond conditions, filed at or after the time a guilty plea is entered, shall be directed to the District Judge. On a case-by-case basis, and for the convenience of the parties, the undersigned may accept guilty pleas in cases during regularly scheduled terms of court;

3)   To conduct hearings pursuant to 18 U.S.C. § 3142 and 28 U.S.C. § 636(a)(2), provided that upon notice that a party intends to file a motion for revocation of a release order or amendment of the conditions of release, pursuant to 18 U.S.C. § 3145, any release order shall be stayed pending disposition by the District Judge;

4)   To enter a final order on any other non-dispositive criminal pretrial motions, subject only to review by the District Court for clear error (if properly appealed);

5)   To perform all other duties as authorized in Local Criminal Rule 57.1 that are not contrary to the specific duties as set forth within this Order.

IT IS FURTHER ORDERED THAT:

7)   Beginning two (2) weeks prior to calendar call for any trial term (or peremptory setting), all trial-related motions such as motions in limine, motions for issuance of subpoenas pursuant to Fed. R. Crim. P. 17(b), etc., shall be directed to the District Judge for disposition; and

8)   With the exception of the Magistrate Judge's authority to grant a first presumptive

continuance following arraignment, motions to continue cases from the trial calendar shall be directed to the District Judge.

REGARDING CIVIL AND MISCELLANEOUS CASES, IT IS ORDERED THAT pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 72.1, in civil and miscellaneous cases assigned to the Honorable Frank D. Whitney, the Magistrate Judge shall be specifically referred the following duties:

1) To dispose of any civil pretrial motions pertaining to discovery arising under Rules 26, 27, 34, 35, 36 and 37 of the Federal Rules of Civil Procedure, including any motion for sanctions under Rule 37(b) arising out of these referred motions, motions for protective orders, and motions to quash; motions to amend; and motions to strike, subject only to review by the District Court for clear error (if properly appealed);

2) To make findings of fact, conclusions of law, and to recommend disposition of any dispositive motion filed on Social Security Appeals through submission of a Memorandum and Recommendation to the District Judge;

3) To enter orders involving post-judgment execution proceedings; and

4) To perform all other duties as authorized in Local Civil Rule 72.1 which are not contrary to the specific duties as set forth within this Order.

IT IS FURTHER ORDERED THAT:

5) This Court retains the option to designate dispositive motions for referral to a Magistrate Judge in the discretion of the District Judge on a case-by-case basis. The referral of a specific civil dispositive motion will be communicated to the Deputy Clerk and the parties by a separate Order of Reference on the pending dispositive matter authorizing the Magistrate Judge to make findings of fact, conclusions of law, and to recommend disposition of the matter.

Signed: May 20, 2009

Frank D. Whitney
United States District Judge